1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

JONATHAN BREWER,

    Plaintiff,

Vs.                              No. 2:06 cv-02372-MaV

TEVA PHARMACEUTICALS USA, INC.,

    Defendant.

………………………………………

DOROTHY BLANKENSHIP,
EFFIE S. BREWER,
MATTHEW BREWER
AND
MATTIE BREWER,

    Plaintiffs,

Vs.                              No. 2:06-cv-02373-MaV

TEVA PHARMACEUTICALS USA, INC.,

    Defendant.

_____

PLAINTIFFS' NOTICE OF SERVICE OF ANSWERS TO
DEFENDANTS' INTERROGATORIES AND
REQUEST FOR PRODUCTION TO PLAINTIFFS

_____

    Come the Plaintiffs, by counsel, who for their Notice of Service of Answers to Defendants' Interrogatories and Request for Production to Plaintiffs, would state and provide that on July 24,

2

2008, Plaintiffs, Dorothy Blankenship, Matthew Brewer and Mattie Brewer [Effie Brewer is deceased], served by U.S. Mail and Plaintiff, Jonathan Brewer, served by hand-delivery on July 25, 2008, upon counsel for the Defendants, all of Plaintiffs' Answers to Interrogatories and Responses to Requests for Production of the Defendant in this matter.

Respectfully submitted,

/s/Mark Ledbetter
TN # 17637    AR#74175
254 Court-Suite 305
Memphis, TN 38103
(901) 523-8153


/s/Bruce Brooke
TN #004521
254 Court-Suite 300
Memphis, TN 38103
(901) 202-7319


Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the foregoing via the ECF filing system, this 25th day of July, 2008 to the following:

John R. McCann, Esq.
Dewitt Shy, Esq.
Burch, Porter & Johnson
130 North Court Avenue
Memphis, TN 38103


/s/Mark Ledbetter